SECRET

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No.** 25-03035-01-CR-S-MDH |
| Plaintiff, | **COUNT 1**<br>18 U.S.C. §§ 2252(a)(2) and (b)(1)<br>NLT 5 Years<br>NMT 20 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years or Life Supervised Release<br>Class C Felony |
| v.<br><br>**JEREMY S. KOPPENHAVER,**<br>[DOB 1-2-1980] | |
| Defendant. | **COUNT 2**<br>18 U.S.C. §§ 1466A, and 2252(b)(1)<br>NLT 5 Years<br>NMT 20 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years or Life Supervised Release<br>Class C Felony<br><br>Restitution<br><br>$100 Special Assessment (Each Count of Conviction)<br><br>$5,000.00 JVTA Special Assessment |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

Beginning on an unknown date, but as early as October 1, 2021, and continuing through June 22, 2024, said dates being approximate, in Greene County, in the Western District of Missouri, and elsewhere, **JEREMY S. KOPPENHAVER**, the defendant, knowingly received and distributed any visual depiction that had been mailed and shipped and transported in interstate

1

commerce, and which contains materials which had been so mailed and shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 2

Beginning on an unknown date, but as early as March 1, 2024, and continuing through June 22, 2024, said dates being approximate, in Greene County, in the Western District of Missouri, and elsewhere, **JEREMY S. KOPPENHAVER**, the defendant, did knowingly produce, distribute, receive, and possess with intent to distribute, a visual depiction of any kind, including a drawing, cartoon, sculpture, an painting that depicts a minor engaging in sexually explicit conduct and is obscene.

**A TRUE BILL**

*SIGNATURE ON FILE WITH USAO*

FOREPERSON OF THE GRAND JURY

*/s/ Stephanie Wan*

**STEPHANIE L. WAN**
Assistant United States Attorney
Missouri Bar #58918
Dated: *4/1/2025*
          Springfield, Missouri