[Reset Form]

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Greene / Southern

**Matter to be Sealed**

☑ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: Jeremy S. Koppenhaver

Alias Name:

Birth Date: 01-02-1980

**Related Case Information**

Superseding Indictment? ☐ Yes ☑ No  If yes, original case number:

New Defendant(s)? ☑ Yes ☐ No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

**AUSA Wan, Stephanie L.**

**Interpreter Needed?**

☐ Yes Language and/or Dialect:
☑ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes ☑ No

**Warrant Required?** ☑ Yes ☐ No

**U.S.C. Citations**

Total # of Counts    2 counts

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:2252A.F ACTIVITIES RELATING TO MATERIAL CONSTITUTING OR CONTAIN | 1 |
| 2 | 18:1466.F SELLING/TRANSFERRING OBSCENE MATTER | 2 |
| 3 | | |
| 4 | | |

(May be continued on reverse)

revised: 01/08/2025