**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) **Case No. 25-03035-01-CR-S-MDH** | |
| | ) | |
| **JEREMY S. KOPPENHAVER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AMENDED EXHIBIT INDEX

| | | | |
|---|---|---|---|
| ✓ | = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
| Ex | = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB | = admitted, de bene | NO | = marked, but not offered |
| | | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | Thumb Drive Containing Officer McConnell and Officer Sayre's BWC footage from June 22, 2024 |
| 2 | | | | Email Thread re: Release of Koppenhaver's Computer |
| 3 | | | | Copy of the Search Warrant for an HP laptop computer bearing serial number CND1254G67 |
| 4 | | | | Copy of the Search Warrant Return |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

Stephanie L. Wan

_____         _____
Signature                                               Printed Name