IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Case No. 6:25-cr-03035-MDH |
| JEREMY KOPPENHAVER, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Defendant's Motion to Suppress Evidence (Doc. 29), the Government's Suggestions in Opposition (Doc. 34), the Report and Recommendation of United States Magistrate Judge (Doc. 53) and Defendant's Objections to the Report and Recommendations. (Doc. 62). The motion having been fully briefed is now ripe for adjudication on the merits.

After a careful and independent review of the parties' submissions, the transcript from the suppression hearing, and the Report and Recommendation, and the Defendant's Objection, this Court agrees with and **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Doc. 62) in full. Accordingly, the Court **DENIES** Defendant's Motion to Suppress (Doc. 29) and Defendant's Objections to the Reports and Recommendation of the United States Magistrate Judge. (Doc. 62).

**IT IS SO ORDERED.**

DATED: December 2, 2025

                                                             /s/ Douglas Harpool

1

Case 6:25-cr-03035-MDH    Document 63    Filed 12/02/25    Page 1 of 2

**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**