**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No. 25-03035-01-CR-S-MDH** |
| Plaintiff, | **COUNT 1**<br>18 U.S.C. §§ 2252(a)(2) and (b)(1)<br>NLT 5 Years Imprisonment<br>NMT 20 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years or Life Supervised Release<br>Class C Felony |
| v. | |
| **JEREMY S. KOPPENHAVER,**<br>[DOB 1-2-1980] | |
| | **COUNT 2**<br>18 U.S.C. §§ 1466A and 2252A(b)(1)<br>NLT 5 Years Imprisonment<br>NMT 20 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years or Life Supervised Release<br>Class C Felony |
| Defendant. | |
| | Restitution |
| | $100 Special Assessment (Each Count of Conviction) |
| | $5,000.00 JVTA Special Assessment |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## COUNT 1

Beginning on an unknown date, but as early as October 1, 2021, and continuing through June 22, 2024, said dates being approximate, in Greene County, in the Western District of Missouri, and elsewhere, **JEREMY S. KOPPENHAVER**, the defendant, knowingly received

1

and distributed any visual depiction that had been mailed and shipped and transported in interstate commerce, and which contains materials which had been so mailed and shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 2

Beginning on an unknown date, but as early as March 1, 2024, and continuing through June 22, 2024, said dates being approximate, in Greene County, in the Western District of Missouri, and elsewhere, **JEREMY S. KOPPENHAVER**, the defendant, did knowingly produce, distribute, receive, and possess with intent to distribute, a visual depiction of any kind, including a drawing, cartoon, sculpture, and painting that depicts a minor engaging in sexually explicit conduct and is obscene, and any visual depiction involved in the offense has been mailed, or has been shipped or transported in interstate or foreign commerce by any means, including by computer, or was produced using materials that have been mailed, or that have been shipped or transported in interstate or foreign commerce by any means, including by computer, and any communication involved in or made in furtherance of the offense is communicated or transported by the mail, or in interstate or foreign commerce by any means, including by computer, or any means or instrumentality of interstate or foreign commerce is otherwise used in committing or in furtherance of the commission of the offense, and any communication involved in or made in furtherance of the offense contemplates the transmission or transportation of a visual depiction by the mail, or in interstate or foreign

commerce by any means, including by computer all in violation of Title 18, United States Code, Sections 1466A and 2252A(b)(1).

**A TRUE BILL**

*SIGNATURE ON FILE WITH USAO*
FOREPERSON OF THE GRAND JURY

*/s/Ashley S. Turner          for*
**STEPHANIE L. WAN**
Assistant United States Attorney
Missouri Bar #58918

Ashley S. Turner
Assistant United States Attorney

Dated:  April 7, 2026
          Jefferson City, Missouri