

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Greene / Southern

**Matter to be Sealed**

☐ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name:      Jeremy S. Koppenhaver

Alias Name:

Birth Date:      01-02-1980

**Related Case Information**

Superseding Indictment?   ☒ Yes   ☐ No   If yes, original case number:   25-03035-01-CR-S-MDH

New Defendant(s)?   ☐ Yes   ☒ No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

**AUSA  Wan, Stephanie L.**

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:

☒ No

**Location Status**

Arrest Date:

☒ Currently in Federal Custody

☐ Currently in State Custody         **Writ Required?**   ☐ Yes   ☒ No

☐ Currently on Bond                  **Warrant Required?**   ☐ Yes   ☒ No

**U.S.C. Citations**

Total # of Counts      2 counts

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:2252A.F ACTIVITIES RELATING TO MATERIAL CONSTITUTING OR CONTAIN | 1 |
| 2 | 18:1466.F SELLING/TRANSFERRING OBSCENE MATTER | 2 |
| 3 | | |
| 4 | | |

(May be continued on reverse)

revised: 01/08/2025