**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:25-CR-03035-BCW-1 |
| | ) | |
| JEREMY S. KOPPENHAVER, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

Before the Court is Magistrate Judge Willie J. Epps, Jr.'s Report and Recommendation (Doc. #78) concerning Defendant's Motion to Dismiss Count 2 of the Indictment (Doc. #71).

On April 1, 2025, Defendant was charged by indictment with Count 1, Receipt and Distribution of Child Pornography in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1), and Count 2, Receipt and Distribution of Child Pornography in violation of 18 U.S.C. §§ 1446A and 2252(b)(1). (Doc. #1).

On March 29, 2026, Defendant filed a motion to dismiss Count 2 for failure to state an offense. (Doc. #71). On April 7, 2026, the grand jury issued a Superseding Indictment charging Defendant with the same two offenses and amending the language in Count 2. (Doc. #73). On April 28, 2026, the Government filed opposing suggestions arguing Defendant's motion should be denied as untimely and moot. (Doc. #76). Defendant did not file reply suggestions.

On April 28, 2026, Judge Epps issued the instant Report and Recommendation recommending the Court deny Defendant's motion as moot. (Doc. #78). Defendant did not file objections and the deadline to do so has passed.

The Court, after an independent review of the record and the applicable law, adopts the Magistrate Judge's Report and Recommendation. Accordingly, it is hereby

1

ORDERED that the Magistrate Judge's Report and Recommendation (Doc. #78) be attached to and made part of this Order. It is further

ORDERED Defendant's Motion to Dismiss Count 2 of the Indictment (Doc. #71) is DENIED AS MOOT for the reasons stated in the Report and Recommendation.

IT IS SO ORDERED.

Dated: <u>May 14, 2026</u>                                      /s/ Brian C. Wimes

BRIAN C. WIMES, CHIEF JUDGE
UNITED STATES DISTRICT COURT