# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

JEREMY KOPPENHAVER,

        Defendant.

No. 25-03035-01-CR-S-MBB

## VERDICT FORM

## COUNT 1

We, the jury, find Defendant **Jeremy Koppenhaver** _____*guilty*_____ of the crime of
                                         [guilty/not guilty]

receipt of a visual depiction of a minor engaged in sexually explicit conduct, as charged in Count

1 of the Indictment.

_____6/2/2026_____
**Date**

_____*Katherine Eckley*_____
**Foreperson**

If you unanimously find Defendant, Jeremy Koppenhaver, guilty of the above crime,

you must answer the following:

Which of the following visual depictions of a minor engaged in sexually explicit conduct

do you find were received by the defendant?

Government Exhibit No. 29   ✓
Government Exhibit No. 30   ✓
Government Exhibit No. 31   ✓
Government Exhibit No. 32   ✓
Government Exhibit No. 33   ✓
Government Exhibit No. 36   ✓

(Check each visual depiction that the jury unanimously agrees the defendant received.)

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JEREMY KOPPENHAVER,

        Defendant.

No. 25-03035-01-CR-S-MBB

## VERDICT FORM

## COUNT 2

We, the jury, find Defendant **Jeremy Koppenhaver** _____guilty_____ of the crime of
[guilty/not guilty]

producing an obscene visual depiction of a minor engaging in sexually explicit conduct, as

charged in Count 2 of the Indictment.

_____6/2/2026_____
**Date**

_____Katherine Eckley_____
**Foreperson**

If you unanimously find Defendant, Jeremy Koppenhaver, guilty of the above crime,

you must answer the following:

Which of the following obscene visual depictions of a minor engaging in sexually

explicit conduct do you find were produced by the defendant?

Government Exhibit No. 17 _____✓_____
Government Exhibit No. 18 _____✓_____
Government Exhibit No. 19 _____✓_____
Government Exhibit No. 20 _____✓_____
Government Exhibit No. 21 _____✓_____
Government Exhibit No. 22 _____✓_____
Government Exhibit No. 26 _____✓_____
Government Exhibit No. 27 _____✓_____
Government Exhibit No. 28 _____✓_____

(Check each visual depiction that the jury unanimously agrees the defendant produced.)