# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                            Case No. 25-03035-01-CR-S-BCW

JEREMY S. KOPPENHAVER,

        Defendant.

## <u>DEFENDANT'S MOTION FOR A JUDGMENT OF ACQUITTAL</u>

**COMES NOW** defendant, Jeremy S. Koppenhaver, by counsel Michael S. Oliver, and files with this Court the defendant's motion for judgment of acquittal at the close of the government's evidence pursuant to Rule 29(c)(1) of the Federal Rules of Criminal Procedure.

At the close of the Government's evidence and again prior to closing arguments, the defendant filed and renewed his motion for judgement of acquittal pursuant to Rule 29(a) Fed. R. Crim. Pro.

With respect to Count 1, the Government's evidence failed to prove that the defendant received a visual depiction of a minor engaged in sexually explicit conduct within the Western District of Missouri. At most, the Government's evidence proved possession of visual images depicting a minor engaged in sexually explicit conduct. Evidence of such images on a computer without evidence of an outside source from which the image was transferred onto the computer does not prove receipt. *United States v. Croghan*, 973 F.3d 809, 826-827 (8th Cir. 2020).

With respect to Count 2, the Government's evidence has failed to prove that the defendant produced a visual depiction of a minor engaged in sexually explicit conduct between March 1, 2024, and June 22, 2024. At most, the evidence, Exhibits 17, 18, 19, and 20, proved that the defendant used AI to manipulate images of adults, not minors, between March 1, 2024, and June 22, 2024. With respect to Exhibits 21, 22, 26, 27, and 28, the Government presented no evidence that these images were created between March 1, 2024, and June 22, 2024.

For the foregoing reasons, the defendant requests that the Court enter a judgment of acquittal pursuant to Rule 29(c)(1).

Respectfully submitted,

*s/ Michael S. Oliver*
Michael S. Oliver
Missouri Bar Number 41832
P.O. Box 1305
Springfield, Missouri 65801
michael@msoliverlaw.com
(573) 691-3776

2

**<u>Certificate of Service</u>**

The undersigned hereby certifies that a copy of the foregoing was delivered on June 10, 2026, to the CM/ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*s/ Michael S. Oliver*
Michael S. Oliver

3