# *UNITED STATES DISTRICT COURT*
# *WESTERN DISTRICT OF MISSOURI*

## NOTICE OF APPEAL

United States of America
**Plaintiff**
vs.
Jeremy S. Koppenhaver
**Defendant**

25-03035-01-CR-S-MBB
**Case Number**

Judge Megan Benton
**District Court Judge**

Notice is hereby given that Jeremy S. Koppenhaver appeals to the United States Court of Appeals for the Eighth Circuit From the:

☒ Judgment & Commitment
☒ Order Denying Motion to Suppress (DE 63) (specify) entered in this action on 12/2/2025 .
Date

s/ Michael S. Oliver
Signature of Defendant's Counsel

Michael S. Oliver
Typed Name of Counsel

P.O. Box 1305
Street Address

Springfield, MO 65801
City, State Zip

573-691-3776
Telephone Number

msoliverlaw@gmail.com
Email Address

10/14/2026
Dated

## TRANSCRIPT ORDER FORM

To be completed by attorney for appellant

☒ Please prepare transcript of:
- ☐ Pretrial proceedings
- ☒ Testimony or
- ☐ Portions thereof
- ☒ Sentencing
- ☐ Post-trial proceedings
- ☐ Other ____________

☒ No transcript ordered:
Reason: ____________
- ☒ Previously filed
- ☒ Other Suppression Hearing Transcript - DE 52 filed 10/8/2025

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment: ☐ Funds
☒ CJA Form 24, completed and attached

Attorney's signature s/ Michael S. Oliver Date October 16, 2026

(See Reverse)

# INFORMATION SHEET

To be Completed by Attorney for Appellant

1. Defendant's Address: St. Clair County Jail, 360 Chestnut St., Osceola, MO 64766

2. Date of Verdict: June 2, 2026 ☒Jury ☐Non-jury

   Offenses: Ct. 1 - 18 U.S.C. s. 2252(a)(2)

   Trial Testimony – Number of Days 2 Bail Status: Detained

3. Sentence and Date Imposed: 151 months followed by 25 years supervised release on both counts of conviction (Counts 1 and 2) on October 14, 2026.

4. Date Trial Transcripts Ordered by Counsel or District Court: October 14, 2026

   Stenographer in Charge (Name, Address, and Telephone Number):
   Jeannine Rankin, 222 John Q. Hammons Pkwy., Springfield, MO 65806, T#: 417-225-7713

5. Trial Counsel was ☒appointed ☐retained

   Does Defendant's financial Status warrant appointment of counsel on appeal? Yes

   Affidavit of financial status filed: April 10, 2025 (DE 17)

   Is there any reason why trial counsel should not be appointed as counsel on appeal?

   Yes, counsel is leaving the CJA Panel effective October 31, 2026, for new employment.

6. Assistant United States Attorney name and telephone number: Randy Eggert and Stephanie Wan, 417-831-4406

---

# COURT REPORTER ACKNOWLEDGMENT

| Date Order Received | Estimated Completion Date | Estimated No. of Pages |
|---|---|---|

Court Reporter's Signature

Date

:ntcappl.int